B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

__Southern__ District of __Texas__

In re __ERICA RACHELLE RICHARDSON__,
Debtor

Case No. __14-30620-H4-13__

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 9 0 3 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes.  Date of the last notice: ____ ____ _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 6/5/2014 | (3) $ 350.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 6/12/2014 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10 (Supplement 2) (12/11)

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ KADRA ALEXANDER
Signature

Date 07/14/2014

**Print:** KADRA                ALEXANDER
First Name    Middle Name    Last Name

Title ATTORNEY FOR CLAIMANT

Company BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address 15000 SURVEYOR BLVD. SUITE 100
Number       Street
ADDISON, TEXAS 75001
City           State        ZIP Code

Contact phone (972) 386-5040

Email SDECF@BDFGROUP.COM

Borrower may receive upon written request:
- A copy of the payment history from when the loan was 60 days delinquent to present
- A copy of the note or lost note affidavit, if applicable
- The name of the investor that holds the loan
- If we have started foreclosure or filed a Proof of Claim, copies of any assignments of mortgage or deed of trust, which is where a lender assigns the rights of a mortgage and deed to another lender

Please mail a written request to the address below detailing the specific information you want to receive:

Chase
ATTN: Correspondence Mail
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA  71203

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, a true and correct copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ KADRA ALEXANDER                    07/14/2014
KADRA ALEXANDER
TX NO. 24040405
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: SDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ERICA RACHELLE RICHARDSON
12206 PREAKNESS WAY
HOUSTON, TX 77071

**DEBTOR'S ATTORNEY:**
KENNETH A KEELING
3310 KATY FREEWAY
STE 200
HOUSTON, TX 77007

**TRUSTEE:**
DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX 77096