# UNITED STATES BANKRUPTCY COURT
Southern District of Texas (Houston)

In re   Erica Rachelle Richardson
Debtor

Case No.   14-30620
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 9036

**Date of payment change:** 05/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $1,384.75
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:   $812.81          New escrow payment:   $633.97

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____
Current principal and interest payment: _____          New principal and interest payment: _____

| Part 3: | Other Payment Change |
|---|---|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.     ☐ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Lee Gates                                              Date  03/25/2015
  Vice President

Print:  Lee Gates                                            Title  Vice President

Company  JPMorgan Chase Bank, N.A.                          Specific Contact Information:
Address  Chase Records Center  Attn: Correspondence Mail    Phone: 972-537-9533
         Mail Code LA4-5555  700 Kansas Lane                Email: Lee.Gates@jpmorgan.com
         Monroe, LA 71203

96321-a6093fbe-9f33-42dc-9254-01fa73c3368b

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas (Houston)

Chapter 13 No. 14-30620

In re:    Judge: Jeff Bohm

Erica Rachelle Richardson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:    Erica Rachelle Richardson
12206 Preakness Way
Houston, TX 77071

Debtor's Attorney:    Kenneth A Keeling
Keeling Law Firm
3310 Katy Freeway
Suite 200
Houston, TX 77007

Trustee:    David G Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856

/s/ Lee Gates
Vice President

96321-a6093fbe-9f33-42dc-9254-01fa73c3368b-

| Customer Service Center | 1-800-848-9136 |
|---|---|
| Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |

04930 ECA  Z 03515 C -  ZE
ERICA RICHARDSON
12206 PREAKNESS WAY
HOUSTON TX  77071-2727

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 02/04/2015 |
| Review Period | 03/2014 to 04/2015 |
| **Escrow Surplus** | **$1,312.52** |

**Important Message**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 05/01/2015 |
|---|---|---|
| Principal & Interest | $750.78 | $750.78 |
| Escrow Account Deposit | $812.81 | $633.97 |
| **Total Payment Amount** | **$1,563.59** | **$1,384.75** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary

**Your escrow surplus of $1,312.52 will stay in your account.**

Your escrow account statement shows $1,312.52 more than was needed to pay your taxes and/or insurance. Because you have one or more past-due payments, the surplus will remain in your escrow account. If you bring your account current within 30 days of this statement, we will review your escrow account again. Any surplus at that time will be returned to you. If you bring your account current after the 30 days, please contact the Customer Service Center to request a new escrow review. Your monthly payment will be $1,384.75 starting 05/01/15.

Keep this statement for your records.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if there is a surplus in your account.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-7,432.79 | Your estimated lowest account balance for  |
| **$1,312.52** | **Your escrow account surplus** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.



## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- ■ Your most recent mortgage payment due was $1,563.59. Your mortgage payment includes principal and interest $750.78 and escrow money $812.81.
- ■ At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-12,499.13.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: March 2014 to April 2015

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $643.75 | $-9,057.86 |
| 03/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $0.00<br>$169.10 | * | $1,287.46 | $-9,226.96 |
| 04/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $0.00<br>$169.10 | * | $1,931.17 | $-9,396.06 |
| 04/2014 | Withdrawal - HOMEOWNER IN | | $2,764.87 | * | $1,931.17 | $-12,160.93 |
| 05/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $0.00<br>$169.10 | * | $2,574.88 | $-12,330.03 |
| 06/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $0.00<br>$169.10 | * | $3,218.59 | $-12,499.13 |
| 07/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $299.34<br>$169.10 | * | $3,862.30 | $-12,368.89 |
| 08/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $1,300.67<br>$169.10 | * | $4,506.01 | $-11,237.32 |
| 09/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $812.81<br>$169.10 | | $5,149.72 | $-10,593.61 |
| 10/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $812.81<br>$169.10 | | $5,793.43 | $-9,949.90 |
| 11/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $0.00<br>$169.10 | * | $6,437.14 | $-10,119.00 |
| 12/2014 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $1,625.62<br>$169.10 | * | $7,080.85 | $-8,662.48 |
| 12/2014 | Withdrawal - COUNTY TAX | $2,714.56 | $2,813.50 | * | $4,366.29 | $-11,475.98 |
| 01/2015 | Deposit<br>Withdrawal - PMI | $812.81<br>$169.10 | $812.81<br>$169.10 | | $5,010.00 | $-10,832.27 |
| 01/2015 | Withdrawal - HOMEOWNER IN | $5,010.00 | $0.00 | * | $0.00 | $-10,832.27 |

**(Continued)**

**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 02/04/2015 |
| Review Period | 03/2014 to 04/2015 |
| **Escrow Surplus** | **$1,312.52** |

04930 ECA  Z 03515 C -  ZE
ERICA RICHARDSON
12206 PREAKNESS WAY
HOUSTON TX  77071-2727

### This Year: March 2014 to April 2015 (continued)

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---|---:|---:|
| 02/2015 | Deposit | $812.81 | $4,876.86 | E | | |
| | Withdrawal - PMI | $169.10 | $0.00 | E | $643.71 | $-5,955.41 |
| 03/2015 | Deposit | | $812.81 | E | | |
| | Withdrawal - PMI | | $169.10 | E | $643.71 | $-5,311.70 |
| 04/2015 | Deposit | | $812.81 | E | | |
| | Withdrawal - PMI | | $169.10 | E | $643.71 | $-4,667.99 |
| 04/2015 | Withdrawal - HOMEOWNER IN | | $2,764.87 | E | $643.71 | $-7,432.86 |
| | Total Deposits | $9,753.72 | $12,166.54 | | | |
| | Total Withdrawals | $9,753.76 | $10,541.54 | | | |
| | Account Balance as of 04/2015 | | | | | $-7,432.86 |

### Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $633.97 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-7,432.79 in April 2016 (highlighted below). That is $1,312.52 more than your minimum required balance of $0.00.

### Next Year: May 2015 to April 2016

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---:|---:|
| | Starting Balance | | | | $-7,432.86 |
| 05/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-6,967.99 | |
| 06/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-6,503.12 | |
| 07/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-6,038.25 | |
| 08/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-5,573.38 | |
| 09/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-5,108.51 | |
| 10/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-4,643.64 | |
| 11/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-4,178.77 | |
| 12/2015 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-3,713.90 | |
| 12/2015 | Withdrawal - COUNTY TAX | $2,813.50 | | $-6,527.40 | |
| 01/2016 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-6,062.53 | |
| 02/2016 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-5,597.66 | |
| 03/2016 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-5,132.79 | |
| 04/2016 | Deposit | $633.97 | | | |
| | Withdrawal - PMI | $169.10 | | $-4,667.92 | |
| 04/2016 | Withdrawal - HOMEOWNER IN | $2,764.87 | | $-7,432.79 | |
| | Total Estimated Deposits | $7,607.64 | | | |
| | Total Estimated Withdrawals | $7,607.57 | | | |
| | Estimated Account Balance as of April 2016 | | | $-7,432.79 | |



## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
| --- | --- | --- | --- | --- | --- |
| **Item** | **Annual Expense** | **Anticipated Date(s) of Payment** | **Item** | **Annual Expense** | **Anticipated Date(s) of Payment** |
| COUNTY TAX | $2,813.50 | December 15 | PMI | $169.10 | May 15 |
| | | | PMI | $169.10 | June 15 |
| | | | PMI | $169.10 | July 15 |
| | | | PMI | $169.10 | August 15 |
| | | | PMI | $169.10 | September 15 |
| | | | PMI | $169.10 | October 15 |
| | | | PMI | $169.10 | November 15 |
| | | | PMI | $169.10 | December 15 |
| | | | PMI | $169.10 | January 16 |
| | | | PMI | $169.10 | February 16 |
| | | | PMI | $169.10 | March 16 |
| | | | PMI | $169.10 | April 16 |
| | | | HOMEOWNER IN | $2,764.87 | April 16 |

**Total Tax and Insurance Monthly Payment Amount = $633.97**