B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of Texas (Houston)

In re: Erica Rachelle Richardson          Case No. 14-30620

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | JPMorgan Chase Bank, N.A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-5004

Phone: 1-888-504-6700
Last Four Digits of Acct #: 1869

Court Claim # (if known): 9-1
Amount of Claim: $166531.07
Date Claim Filed: 6/12/2014

Phone: 1-866-243-5851
Last Four Digits of Acct. #: 9036

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services LLC
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 1-888-504-6700
Last Four Digits of Acct #: 1869

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Heather Gram-Chavez          Date: 12/7/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.