**Fill in this information to identify the case:**

Debtor 1  ERICA RACHELLE RICHARDSON

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern   District of Texas
(State)

Case number  14-30620-H4-13

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, LP

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1 8 6 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2018

**New total payment:** $ 1,483.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 745.28     **New escrow payment:** $ 663.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1  ERICA RACHELLE RICHARDSON
     First Name    Middle Name    Last Name

Case number (if known) 14-30620-H4-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor

☐ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ MITCHELL BUCHMAN
   Signature

Date 06/11/2018

Print: MITCHELL    BUCHMAN
    First Name    Middle Name    Last Name

Title ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address  1900 ST. JAMES PLACE SUITE 500
    Number     Street

HOUSTON, TEXAS 77056
City     State     ZIP Code

Contact phone ( 713 ) 621-8673

Email SDECF@BDFGROUP.COM

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ MITCHELL BUCHMAN    06/11/2018
        MITCHELL BUCHMAN
        TX NO. 03290750
        1900 ST. JAMES PLACE SUITE 500
        HOUSTON, TX 77056
        Telephone: (713) 621-8673
        Facsimile: (713) 621-8583
        E-mail:  SDECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ERICA RACHELLE RICHARDSON
12206 PREAKNESS WAY
HOUSTON, TX 77071

**DEBTOR'S ATTORNEY:**
KENNETH A KEELING
3310 KATY FREEWAY
STE 200
HOUSTON, TX  77007

**TRUSTEE:**
DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX  77096-3856